IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HAROLD DYKES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:12 CV 2299 CDP |
| ) | |
| CHRIS KOSTER, ) | |
| ) | |
| Respondent, ) | |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's motion to file a third supplemental reply in support of his habeas petition. In his motion, he states that he should be permitted to file his third reply brief because his case is still pending. Petitioner is incorrect. I denied his habeas petition on November 20, 2013, and his case is now closed. Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to file a third supplemental reply brief out of time [#19] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of December, 2013.