UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD STEPHEN DYKES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12 CV 2299 CDP |
| | ) | |
| CHRIS KOSTER, | ) | |
| | ) | |
| Respondent. | ) | |

# **MEMORANDUM AND ORDER**

On November 20, 2013, the Court denied petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 and a certificate of appealability. [18]. Petitioner now asks the Court to provide him with free copies of more than 300 pages of documents from this closed case so that he may file a petition for writ of habeas corpus in state court. Petitioner mistakenly believes that because he was granted leave to proceed *in forma pauperis* that he is entitled to free copies of any documents he wants, including documents that he previously filed with this Court. He is not. Petitioner may obtain copies of documents from this closed case by completing the enclosed copy request form and returning it to the Clerk of Court with the requisite fees. To assist petitioner with his copy request, I will direct the Clerk of the Court to send petitioner a copy of the docket sheet.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for free copies [22] is denied.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide petitioner with a copy of the docket sheet from this case and a copy request form.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2016.